**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kathleen Anne Clarke <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 23-11589 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                              Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
19 Jun 2023, 12:26:32, EDT

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322

Document ID: 576fa83fb68b45be6b2de3c2380afd8237bbb29afef54c2dee621c6e04017165