Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11589-PMM**

Kathleen Anne Clarke  
828 Centre Street  
Easton  PA   18042-6470

Petition Filed Date: 05/30/2023  
341 Hearing Date: 08/22/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/30/2023 | $490.00 | | 07/31/2023 | $490.00 | | | | |

**Total Receipts for the Period: $980.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $980.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»»  001 | Unsecured Creditors | $1,698.52 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $6,044.62 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $517.94 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA<br>»»  004 | Unsecured Creditors | $3,462.32 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»»  005 | Unsecured Creditors | $2,325.42 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»»  006 | Unsecured Creditors | $1,786.91 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $1,884.94 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $5,237.43 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»»  009 | Unsecured Creditors | $2,873.21 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»»  010 | Unsecured Creditors | $1,462.94 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»»  011 | Unsecured Creditors | $2,909.03 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $3,178.52 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $965.09 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $1,598.37 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»»  015 | Unsecured Creditors | $2,810.23 | $0.00 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»»  016 | Unsecured Creditors | $2,453.99 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11589-PMM**

| # | Creditor | Type | Amount | | |
|---|---|---|---|---|---|
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $3,838.21 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $4,195.21 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $1,423.93 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $13,670.44 | $0.00 | $0.00 |
| 21 | BANK OF AMERICA NA »» 021 | Unsecured Creditors | $1,106.38 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA NA »» 022 | Unsecured Creditors | $2,017.15 | $0.00 | $0.00 |
| 23 | BANK OF AMERICA NA »» 023 | Unsecured Creditors | $3,259.45 | $0.00 | $0.00 |
| 24 | CITIBANK NA »» 024 | Unsecured Creditors | $1,079.84 | $0.00 | $0.00 |
| 25 | MIDLAND CREDIT MANAGEMENT INC »» 025 | Unsecured Creditors | $4,743.47 | $0.00 | $0.00 |
| 26 | MIDLAND CREDIT MANAGEMENT INC »» 026 | Unsecured Creditors | $2,104.29 | $0.00 | $0.00 |
| 27 | PNC BANK NA »» 027 | Mortgage Arrears | $112.53 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR »» 028 | Unsecured Creditors | $2,970.24 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR »» 029 | Unsecured Creditors | $1,654.92 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP LLC AS AGENT FOR »» 030 | Unsecured Creditors | $439.30 | $0.00 | $0.00 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR »» 031 | Unsecured Creditors | $1,412.84 | $0.00 | $0.00 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR »» 032 | Unsecured Creditors | $9,631.10 | $0.00 | $0.00 |
| 33 | CITIBANK NA »» 033 | Unsecured Creditors | $326.14 | $0.00 | $0.00 |
| 34 | CITIBANK NA »» 034 | Unsecured Creditors | $668.30 | $0.00 | $0.00 |
| 35 | CITIBANK NA »» 035 | Unsecured Creditors | $267.08 | $0.00 | $0.00 |
| 36 | CITIBANK NA »» 036 | Unsecured Creditors | $772.07 | $0.00 | $0.00 |
| 37 | JEFFERSON CAPITAL SYSTEMS LLC »» 037 | Unsecured Creditors | $11,733.17 | $0.00 | $0.00 |
| 38 | JEFFERSON CAPITAL SYSTEMS LLC »» 038 | Unsecured Creditors | $2,774.94 | $0.00 | $0.00 |
| 39 | FIRST NATL BANK OF OMAHA »» 039 | Unsecured Creditors | $6,979.79 | $0.00 | $0.00 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES »» 040 | Unsecured Creditors | $1,087.10 | $0.00 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES »» 041 | Unsecured Creditors | $5,537.74 | $0.00 | $0.00 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES »» 042 | Unsecured Creditors | $7,044.05 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11589-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $980.00 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $88.20 | Total Plan Base: | $29,400.00 |
| Funds on Hand: | $891.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.