United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kathleen Anne Clarke  
    Debtor

Case No. 23-11589-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Dec 21, 2023      Form ID: 155      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kathleen Anne Clarke, 828 Centre Street, Easton, PA 18042-6470 |
| 14786280 | + | ComenityCapital/AAARewards, 3095 Loyalty Circle - Bldg A, Columbus, OH 43219-3673 |
| 14812180 | + | Easton Area School District / Easton City, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14786287 | + | JPMCB Card Services Marriott, PO Box 15369, Wilmington, DE 19850-5369 |
| 14786288 | + | Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 14786291 | + | Marcus - GM Card, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 14786293 | + | Nicholas J. Raker, Esquire, Leopold & Associates PLLC, 275 Curry Hollow Rd - Bldg 1 - Ste 280, Pittsburgh, PA 15236-4631 |
| 14786297 | + | Rakuten Credit Card, 85 Enterprise, Suite 100, Aliso Viejo, CA 92656-2627 |
| 14786300 | | SYNBC/ShopHQ PLCC, PO Box 965005, Orlando, FL 32896-5005 |
| 14786299 | + | Sony Visa, PO Box 182273, Columbus, OH 43218-2273 |
| 14799211 | + | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14786269 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:24:42 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14797439 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:24:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14786270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2023 00:11:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14799905 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2023 00:11:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14786271 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 22 2023 00:12:00 | Barclays Bank Delaware - JetBlue, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14786272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:26 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14788675 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:11 | CITI, PO Box 790040, St Louis, MO 63179-0040 |
| 14786273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 00:24:36 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14798248 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 00:24:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14788676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:10 | CitiCards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14800456 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 00:12:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14804869 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 23-11589-pmm    Doc 23    Filed 12/23/23    Entered 12/24/23 00:29:22    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 155 | Total Noticed: 71 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14786274 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 00:12:00 | | Comenity Bank/WayFair, 3095 Loyalty Circle - Bldg A, Columbus, OH 43219-3673 |
| 14786275 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 00:12:00 | | Comenity Capital Bank, Bed Bath and Beyond, PO Box 183003, Columbus, OH 43218-3003 |
| 14786276 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 00:12:00 | | Comenity Capital Bank - Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 14786277 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 00:12:00 | | Comenity Capital Bank - Boscovs, 3095 Loyalty Circle - Bldg A, Columbus, OH 43219-3673 |
| 14786278 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 00:12:00 | | Comenity Capital Bank - HSN, PO Box 659707, San Antonio, TX 78265 |
| 14786279 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 00:12:00 | | Comenity Capital Bank - Over, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 14786281 | ^ | MEBN | Dec 22 2023 00:08:50 | ComenityCapitalBank/Sephora, 3095 Loyalty Circle - Bldg A, Columbus, OH 43219-3673 |
| 14786282 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2023 00:12:00 | | ComenityCapitalBank/Zale, 3095 Loyalty Circle - Bldg A, Columbus, OH 43219-3673 |
| 14786283 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:11:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14788703 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14786284 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:39 | ExxonMobil/CitiBank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14786285 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 22 2023 00:12:00 | First Nation Bank of Omaha, 1620 Dodge St, Omaha, NE 68102-1593 |
| 14805720 | ^ | MEBN | Dec 22 2023 00:08:43 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14805488 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 00:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14786286 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 00:24:06 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14793306 | + | Email/Text: RASEBN@raslg.com | Dec 22 2023 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14786289 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 00:11:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14797556 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 00:24:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14786292 | | Email/Text: EBN@Mohela.com | Dec 22 2023 00:12:00 | MOHELA/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14834375 | | Email/Text: EBN@Mohela.com | Dec 22 2023 00:12:00 | US Department of Education/MOHELA, 633 Spirit Drive, 633 Spirit Drive, Chesterfield, MO 63005-633 |
| 14786290 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:25 | Macys/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14788677 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2023 00:12:00 | Midland Credit Management Inc, 320 E Big Beaver 300, Troy, MI 48083-1271 |
| 14801623 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2023 00:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14805489 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 00:12:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN |

Case 23-11589-pmm   Doc 23   Filed 12/23/23   Entered 12/24/23 00:29:22   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 155 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | 56302-7999 |
| 14786294 | + | Email/Text: bnc@nordstrom.com | Dec 22 2023 00:12:21 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14802425 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 00:11:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14786295 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 00:11:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 14791255 | ^ | MEBN | Dec 22 2023 00:08:48 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, Michael Farington, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14799302 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:24:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14786296 | ^ | MEBN | Dec 22 2023 00:08:42 | Prosper Marketplace Inc., 221 Main St, Suite 300, San Francisco, CA 94105-1909 |
| 14803786 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 00:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14803775 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 00:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14786301 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:25 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14786302 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:39 | SYNCB/Old Nacy PC, 4125 Winward Plaza, Alpharetta, GA 30005-8738 |
| 14786304 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:05 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14786303 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:39 | SYNCB/PayPal Credit Card, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14786305 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:39 | SYNCB/QVC PLCC, PO Box 965005, Orlando, FL 32896-5005 |
| 14786306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:06 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14786298 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:40 | Shell/CitiBank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14786307 | ^ | MEBN | Dec 22 2023 00:08:49 | TD Bank NA, PO Box 1448, Greenville, SC 29602-1448 |
| 14786308 | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 00:12:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14786309 | + | Email/Text: LCI@upstart.com | Dec 22 2023 00:12:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 14787704 | ^ | MEBN | Dec 22 2023 00:08:45 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14786310 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:24:41 | Venmo, P.O. Box 71718, Philadelphia, PA 19176-1718 |
| 14786311 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:24:40 | Wayfair/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14786312 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 00:24:12 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14798861 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 00:24:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14786313 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | |
|---|---|---|
| | Dec 22 2023 00:24:25 | Zulily Credit Card, 777 Long Ridge Rd, Stamford, CT 06902-1260 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14798862 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Kathleen Anne Clarke claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kathleen Anne Clarke
      Debtor(s)

Chapter: 13
Bankruptcy No: 23−11589−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Patricia M. Mayer
                              Judge, United States Bankruptcy Court

22
Form 155