### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen Anne Clarke <br> *Debtor(s)* <br><br> PNC BANK, NATIONAL ASSOCIATION <br> *Moving Party* <br> vs. <br><br> Kathleen Anne Clarke <br> *Debtor(s)* <br><br> Scott F. Waterman <br> *Trustee* | CHAPTER 13 <br><br><br> NO. 23-11589 PMM <br><br><br> 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __6th__ day of __March__, 2025 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

**Date: March 6, 2025**

*Patricia M. Mayer*
United States Bankruptcy Judge