| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-11589-PMM**

Kathleen Anne Clarke
828 Centre Street
Easton PA 18042-6470

Petition Filed Date: 05/30/2023
341 Hearing Date: 08/22/2023
Confirmation Date: 12/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $472.00 | | 09/23/2024 | $472.00 | | 10/28/2024 | $472.00 | |
| 11/25/2024 | $472.00 | | 12/26/2024 | $472.00 | | 01/28/2025 | $472.00 | |
| 02/25/2025 | $472.00 | | 03/24/2025 | $472.00 | | 04/28/2025 | $472.00 | |
| 06/02/2025 | $472.00 | | 06/24/2025 | $472.00 | | 07/29/2025 | $472.00 | |

**Total Receipts for the Period: $5,664.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,834.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $1,698.52 | $66.19 | $1,632.33 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $6,044.62 | $256.01 | $5,788.61 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $517.94 | $16.71 | $501.23 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $3,462.32 | $134.93 | $3,327.39 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $2,325.42 | $98.49 | $2,226.93 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $1,786.91 | $69.65 | $1,717.26 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $1,884.94 | $73.48 | $1,811.46 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $5,237.43 | $221.82 | $5,015.61 |
| 9 | CAPITAL ONE BANK (USA) NA »» 009 | Unsecured Creditors | $2,873.21 | $111.94 | $2,761.27 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $1,462.94 | $57.01 | $1,405.93 |
| 11 | WELLS FARGO BANK NEVADA NA »» 011 | Unsecured Creditors | $2,909.03 | $113.36 | $2,795.67 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $3,178.52 | $123.88 | $3,054.64 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $965.09 | $31.08 | $934.01 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $1,598.37 | $67.67 | $1,530.70 |

Chapter 13 Case No. 23-11589-PMM

| # | Creditor | Type | Amount | | |
|---|---|---|---:|---:|---:|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $2,810.23 | $109.53 | $2,700.70 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $2,453.99 | $103.94 | $2,350.05 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $3,838.21 | $149.56 | $3,688.65 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $4,195.21 | $163.51 | $4,031.70 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $1,423.93 | $55.46 | $1,368.47 |
| 20 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $13,670.44 | $578.94 | $13,091.50 |
| 21 | BANK OF AMERICA NA »» 021 | Unsecured Creditors | $1,106.38 | $35.62 | $1,070.76 |
| 22 | BANK OF AMERICA NA »» 022 | Unsecured Creditors | $2,017.15 | $78.63 | $1,938.52 |
| 23 | BANK OF AMERICA NA »» 023 | Unsecured Creditors | $3,259.45 | $127.02 | $3,132.43 |
| 24 | CITIBANK NA »» 024 | Unsecured Creditors | $1,079.84 | $34.77 | $1,045.07 |
| 25 | MIDLAND CREDIT MANAGEMENT INC »» 025 | Unsecured Creditors | $4,743.47 | $200.89 | $4,542.58 |
| 26 | MIDLAND CREDIT MANAGEMENT INC »» 026 | Unsecured Creditors | $2,104.29 | $81.98 | $2,022.31 |
| 27 | PNC BANK NA »» 027 | Mortgage Arrears | $112.53 | $112.53 | $0.00 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR »» 028 | Unsecured Creditors | $2,970.24 | $115.75 | $2,854.49 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR »» 029 | Unsecured Creditors | $1,654.92 | $64.50 | $1,590.42 |
| 30 | QUANTUM3 GROUP LLC AS AGENT FOR »» 030 | Unsecured Creditors | $439.30 | $15.63 | $423.67 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR »» 031 | Unsecured Creditors | $1,412.84 | $55.08 | $1,357.76 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR »» 032 | Unsecured Creditors | $9,631.10 | $407.88 | $9,223.22 |
| 33 | CITIBANK NA »» 033 | Unsecured Creditors | $326.14 | $0.00 | $326.14 |
| 34 | CITIBANK NA »» 034 | Unsecured Creditors | $668.30 | $17.11 | $651.19 |
| 35 | CITIBANK NA »» 035 | Unsecured Creditors | $267.08 | $0.00 | $267.08 |
| 36 | CITIBANK NA »» 036 | Unsecured Creditors | $772.07 | $32.69 | $739.38 |
| 37 | JEFFERSON CAPITAL SYSTEMS LLC »» 037 | Unsecured Creditors | $11,733.17 | $496.88 | $11,236.29 |
| 38 | JEFFERSON CAPITAL SYSTEMS LLC »» 038 | Unsecured Creditors | $2,774.94 | $108.11 | $2,666.83 |
| 39 | FIRST NATL BANK OF OMAHA »» 039 | Unsecured Creditors | $6,979.79 | $295.60 | $6,684.19 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES »» 040 | Unsecured Creditors | $1,087.10 | $35.02 | $1,052.08 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES »» 041 | Unsecured Creditors | $5,537.74 | $234.55 | $5,303.19 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES »» 042 | Unsecured Creditors | $7,044.05 | $298.31 | $6,745.74 |
| 43 | KEYSTONE COLLECTIONS GROUP »» 043 | Priority Crediors | $1,865.24 | $1,865.24 | $0.00 |
| 44 | MOHELA ON BEHALF OF »» 044 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | MOHELA ON BEHALF OF »» 045 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11589-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 49 | COMENITY CAPITAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 50 | COMENITY CAPITAL BANK - OVER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | COMENITY CAPITAL/AAA REWARDS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 52 | COMENITY CAPITAL/ZALES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 53 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 54 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 55 | MARCUS - GM CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 56 | PROSPER MARKETPLACE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 57 | RAKUTEN CREDIT CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 58 | SYNBC/SHOPHQ PLCC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 59 | SYNCB/PPC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 60 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 61 | TD BANK USA/TARGET CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,834.00 | Current Monthly Payment: | $472.00 |
| Paid to Claims: | $11,004.95 | Arrearages: | ($962.00) |
| Paid to Trustee: | $1,134.18 | Total Plan Base: | $27,920.00 |
| Funds on Hand: | $694.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.