Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kathleen Anne Clarke
828 Centre Street
Easton, PA 18042-6470

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11589-PMM**

Petition Filed Date: 05/30/2023
341 Hearing Date: 08/22/2023
Confirmation Date: 12/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $472.00 | | 09/23/2025 | $472.00 | | 10/27/2025 | $472.00 | |
| 11/24/2025 | $472.00 | | 12/22/2025 | $472.00 | | 01/28/2026 | $472.00 | |
| 02/24/2026 | $472.00 | | 03/23/2026 | $472.00 | | 04/27/2026 | $472.00 | |
| 05/26/2026 | $472.00 | | 06/23/2026 | $472.00 | | 07/27/2026 | $472.00 | |

**Total Receipts for the Period: $5,664.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $18,498.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $1,698.52 | $133.90 | $1,564.62 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $6,044.62 | $496.47 | $5,548.15 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $517.94 | $32.30 | $485.64 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $3,462.32 | $272.90 | $3,189.42 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $2,325.42 | $191.01 | $2,134.41 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $1,786.91 | $140.87 | $1,646.04 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,884.94 | $148.57 | $1,736.37 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $5,237.43 | $430.14 | $4,807.29 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $2,873.21 | $226.48 | $2,646.73 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $1,462.94 | $115.33 | $1,347.61 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $2,909.03 | $229.32 | $2,679.71 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $3,178.52 | $250.57 | $2,927.95 |

**Chapter 13 Case No. 23-11589-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $965.09 | $79.28 | $885.81 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,598.37 | $131.27 | $1,467.10 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $2,810.23 | $221.55 | $2,588.68 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,453.99 | $201.54 | $2,252.45 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $3,838.21 | $302.53 | $3,535.68 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $4,195.21 | $330.70 | $3,864.51 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $1,423.93 | $112.19 | $1,311.74 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $13,670.44 | $1,122.76 | $12,547.68 |
| 21 | BANK OF AMERICA NA<br>»» 021 | Unsecured Creditors | $1,106.38 | $90.82 | $1,015.56 |
| 22 | BANK OF AMERICA NA<br>»» 022 | Unsecured Creditors | $2,017.15 | $159.03 | $1,858.12 |
| 23 | BANK OF AMERICA NA<br>»» 023 | Unsecured Creditors | $3,259.45 | $256.92 | $3,002.53 |
| 24 | CITIBANK NA<br>»» 024 | Unsecured Creditors | $1,079.84 | $88.72 | $991.12 |
| 25 | MIDLAND CREDIT MANAGEMENT INC<br>»» 025 | Unsecured Creditors | $4,743.47 | $389.57 | $4,353.90 |
| 26 | MIDLAND CREDIT MANAGEMENT INC<br>»» 026 | Unsecured Creditors | $2,104.29 | $165.86 | $1,938.43 |
| 27 | PNC BANK NA<br>»» 027 | Mortgage Arrears | $112.53 | $112.53 | $0.00 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 028 | Unsecured Creditors | $2,970.24 | $234.16 | $2,736.08 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 029 | Unsecured Creditors | $1,654.92 | $130.41 | $1,524.51 |
| 30 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 030 | Unsecured Creditors | $439.30 | $31.74 | $407.56 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 031 | Unsecured Creditors | $1,412.84 | $111.37 | $1,301.47 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 032 | Unsecured Creditors | $9,631.10 | $791.00 | $8,840.10 |
| 33 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 033 | Unsecured Creditors | $326.14 | $15.99 | $310.15 |
| 34 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 034 | Unsecured Creditors | $668.30 | $48.32 | $619.98 |
| 35 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 035 | Unsecured Creditors | $267.08 | $15.74 | $251.34 |
| 36 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 036 | Unsecured Creditors | $772.07 | $63.41 | $708.66 |
| 37 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 037 | Unsecured Creditors | $11,733.17 | $963.61 | $10,769.56 |
| 38 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 038 | Unsecured Creditors | $2,774.94 | $218.69 | $2,556.25 |
| 39 | FIRST NATL BANK OF OMAHA<br>»» 039 | Unsecured Creditors | $6,979.79 | $573.30 | $6,406.49 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 040 | Unsecured Creditors | $1,087.10 | $89.30 | $997.80 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 041 | Unsecured Creditors | $5,537.74 | $454.79 | $5,082.95 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 042 | Unsecured Creditors | $7,044.05 | $578.53 | $6,465.52 |
| 43 | KEYSTONE COLLECTIONS GROUP<br>»» 043 | Priority Crediors | $1,865.24 | $1,865.24 | $0.00 |
| 44 | MOHELA ON BEHALF OF<br>»» 044 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | MOHELA ON BEHALF OF<br>»» 045 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11589-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 46 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | COMENITY CAPITAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 50 | COMENITY CAPITAL BANK - OVER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | COMENITY CAPITAL/AAA REWARDS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 52 | COMENITY CAPITAL/ZALES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 53 | JPMCB CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 54 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 55 | MARCUS - GM CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 56 | PROSPER MARKETPLACE INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 57 | RAKUTEN CREDIT CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 58 | SYNBC/SHOPHQ PLCC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 59 | SYNCB/PPC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 60 | TD BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 61 | TD BANK USA/TARGET CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,498.00 | Current Monthly Payment: | $472.00 |
| Paid to Claims: | $16,306.73 | Arrearages: | ($962.00) |
| Paid to Trustee: | $1,559.88 | Total Plan Base: | $27,920.00 |
| Funds on Hand: | $631.39 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.